UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH DARNELL SINGLETON,<br><br>Defendant. | Case No.: '22 MJ1320<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about April 14, 2022, within the Southern District of California, defendant JOSEPH DARNELL SINGLETON, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Taurus Armas G2C 9mm, bearing serial number ABM296464; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

*Andrew T. Soule*
_____
Andrew Soule, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 15th day of April 2022.

_____
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On April 14, 2022, at approximately 3:40 p.m., San Diego Police Department (SDPD) Officers were conducting proactive enforcement in the Lincoln Park neighborhood of San Diego in an effort to reduce violence. In recent months, there have been numerous acts of gun violence and multiple firearms have been recovered in this area involving the Lincoln Park Piru criminal street gang.

SDPD Detective Short observed a charcoal grey Toyota Corolla bearing California license plates (the vehicle) backed into the El Paisa taco shop located at 840 South 47th Street, San Diego, California. Detective Short observed 2 males in the vehicle. A male, later identified as Francis Lukolo, was in the driver seat. Detective Short observed the front passenger, later identified as the defendant, JOSEPH DARNELL SINGLETON appeared to closely watch SDPD marked police cars traveling down the street. SINGLETON exited the vehicle and looked around prior to entering the taco shop. A few moments later SINGLETON exited the taco shop carrying a white "to-go" type bag with a Styrofoam box inside. SINGLETON reentered the vehicle. Both Lukolo and SINGLETON appeared to watch every vehicle as it passed by them, to include an undercover SDPD driven by SDPD Detective Herzog. Detective Herzog observed Lukolo and SINGLETON watch him closely as he drove by.

Shortly after Detective Herzog drove by the vehicle, SINGLETON exited the vehicle carrying the white bag. The vehicle, driven by Lukolo departed and was followed by Detectives. Lukolo made several evasive turns. The vehicle took a left turn on to South 45th Street without signaling one hundred feet prior to the turn in violation of California vehicle Code Section 22108 (Must Signal Before Turning). A marked SDPD unit conducted a

traffic stop of the vehicle. The vehicle yielded at the 200 block of South 45th Street. A records check of Lukolo revealed Lukolo was driving on a suspended license. The vehicle was impounded pursuant to California Vehicle Code Section 22651(p). During an inventory search, SDPD Officer discovered 4 bricks of a white compressed powdery substance suspected to be cocaine. Due to the way the suspected cocaine was packaged and the amount investigators believe it was possessed for distribution.

While Detectives followed the vehicle, Detective Herzog kept surveillance on SINGLETON who was carrying a white bag. Detective Herzog observed the white bag had a different shape to it. Detective Herzog noticed the plastic bag Singleton was now carrying had a long wide cylinder shape to it and not the square shape of the Styrofoam container. Detective Herzog observed SINGLETON walking along the sidewalk and continuously looking over his shoulder. Detective Herzog lost sight of SINGLETON and believed he was hiding near a RV. Shortly thereafter Detective HERZOG observed SINGLETON walking near Solola Avenue, but SINGLETON was no longer carrying the white bag.

SDPD Officer J. Montoya contacted SINGLETON on the north curb line of 4800 Solola Avenue, San Diego, California. SINGLETON had a cell phone in his right hand and holding a small red book in his left hand. Officer Montoya asked SINGLETON regarding SINGLETON being in the area of 47Th Street and Logan Avenue. SINGLETON kept his left hand near his waistline. SDPD Officers Eysie and Cameron arrived to assist Officer Montoya.

Officer Montoya observed a protrusion/bulge near SINGLETON's right side of his waistband. Officer Montoya asked if SINGLETON had any weapons on him and he replied, "No." Officer Montoya stated, "Okay if you don't have any weapons on you, can you please move your hands away from your waistband." Due to Officer Montoya believing SINGLETON possessed a weapon based upon the bulge in SINGLETON's waistband, Officer Montoya wanted to conduct a pat down of SINGLETON for weapons. SINGLETON raised his voice and began backing away from officers. SINGLETON turned his body away from Officer Montoya and Officer Montoya could no longer see the right

side of SINGLETON's waist. Officer Montoya and Officer Eysie grabbed SINGLETON's wrists. While attempting to place handcuffs on SINGLETON, Officer Cameron observed a firearm in SINGLETON's waistband. While handcuffed SINGLETON maneuvered his body and tried to reach for the firearm. Officer gained control of SINGLETON and removed a Taurus Arms G2C 9mm firearm from SINGLETON's waistband.

SINGLETON had to be placed in a marked SDPD Patrol car. While attempting to place SINGLETON in the police car, SINGLETON stiffened his body up. SINGLETON shouted, "That's on Lincoln" and "Blood" several times.

Officers seized a Taurus G2C 9mm semi-automatic firearm, bearing serial number ABM296464. The firearm was stamped "Made in Brazil." The firearm had the magazine inserted. While making the firearm safe, Officers observed a 9mm round chambered and seven 9mm rounds in the magazine. The firearm contained four rounds of 'Winchester 9mm" ammunition and four rounds of "CCI 9mm" ammunition.

SINGLETON was transported to SDPD Headquarters. The Federal Bureau of Investigation (FBI) Violent Crimes Task Force-Gang group was notified of the cocaine and firearm seizure and responded to SDPD Headquarters.

At approximately 6:30 p.m., FBI Special Agent R. Flannery and National City Police Department Detective A. Sabala attempted to speak with SINGLETON. SINGLETON did not wish to speak with investigators.

Preliminary records checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 11/21/2007 | San Diego County Superior Court | 243.2(a) PC Battery | 3 years probation |
| 09/02/2009 | San Diego County Superior Court #SCD217676 | 459 PC Burglary: First Degree (felony) | 2 years prison |

| | | | |
|---|---|---|---|
| | | 12031(A)(1) PC Carry Loaded Firearm in Public Place (felony) | |
| 05/21/2013 | San Diego County Superior Court #SCD243203 | 459 PC Burglary: First Degree (felony) 487(D)(2) Grand Theft Firearm | 13 years prison |

The firearm and ammunition were seized. Preliminary checks revealed the firearm and ammunition were not manufactured in California, therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.